## MICHAEL GOLDSTEIN *v.* STATE OF MARYLAND
## MILTON BEVANS *v.* SAME

[Nos. 1 and 2, October Term, 1941.]

*Criminal Law—Rogues and Vagabonds—Evidence—Implements of Crime.*

*Decided December 3rd, 1941.*

The causes were argued before BOND, C. J., SLOAN, JOHNSON, DELAPLAINE, COLLINS, FORSYTHE, and MARBURY, JJ.

*Harry G. Selden,* for the appellants.

*William C. Walsh, Attorney General, Robert E. Clapp, Jr., Assistant Attorney General,* and *J. Bernard Wells, State's Attorney for Baltimore City,* and *William H. Maynard Deputy State's Attorney for the State.*

BOND, C. J., delivered the opinion of the Court.